Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-63688 CAD  
**Case Name:** HANSEN, SCOTT E.  
**Trustee:** (330570)  DAVID P. LEIBOWITZ  
**Filed (f) or Converted (c):** 11/30/05 (f)  
**§341(a) Meeting Date:** 02/22/06  
**Period Ending:** 01/24/07  
**Claims Bar Date:** 07/12/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Marriage Settlement (u)<br>    Settlement not listed on Schedules. Entered per KBOs request (Gross $37,500, net present value estimated to be $25,000). (See Footnote) | 0.00 | 25,000.00 | | 20,000.00 | FA |
| 2 | Bank Account<br>    Account Held with Hemlock Federal Lemont | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Carpentry Tools, Router ,etc. | 1,500.00 | 317.00 | DA | 0.00 | FA |
| 4 | Necessary Clothing & Shoes | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Hartford Life Insurance<br>    Insurance with Cash Value | 1,467.00 | 0.00 | DA | 0.00 | FA |
| 6 | Pension Fund<br>    Fund held with Chicago Regional Council of Carpenters | 20,137.80 | 0.00 | | 0.00 | FA |
| 7 | Union Pension<br>    Claims 100% of unknown Value | Unknown | Unknown | | 0.00 | Unknown |
| 8 | 1999 Ford Expedition | 15,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.97 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | $38,404.80 | $25,317.00 | | $20,001.97 | $0.00 |

RE PROP# 1    Settled claim for $20,000.



Printed: 01/24/2007 11:10 AM    V.9.0

Page: 2

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 05-63688 CAD | **Trustee:** (330570)  DAVID P. LEIBOWITZ |
| **Case Name:** HANSEN, SCOTT E. | **Filed (f) or Converted (c):** 11/30/05 (f) |
| | **§341(a) Meeting Date:** 02/22/06 |
| **Period Ending:** 01/24/07 | **Claims Bar Date:** 07/12/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Need tax return for 2005. Entitled to $32,500 from house in 2011.
Letter re settlement sent 3/10/06. Received letter from Krol on 11/13/06
David would like to settle for 23k.

Did he ever live in Elmhurst? There is unclaimed funds there for Scott Hansen.
Debtor is entitled to receive $32,500 from Judy L. Hansen when his youngest child reaches 18 years of age. Present value of Judgment is $26,600. Judy would like to settle for 15k. She has this money from equity in home.

settled for $20,000. TFR first quarter of 2007.

**Initial Projected Date Of Final Report (TFR):** March 7, 2007     **Current Projected Date Of Final Report (TFR):** March 7, 2007