**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HANSEN, SCOTT E. | ) | |
| | ) | CASE NO. 05 B 63688 |
| | ) | |
| | ) | JUDGE CAROL A. DOYLE |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>      At:  U.S. BANKRUPTCY COURT
>           219 South Dearborn, Courtroom 742
>           Chicago, Illinois 60604
>
>      on:  May 9, 2007
>      at:  10:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                        $    20,001.97

    b. Disbursements                                   $         0.00

    c. Net Cash Available for Distribution$   20,001.97

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 2,750.20 | $ |
| Trustee | $ 0.00 | $ | $ 83.34 |
| Trustee's Attorney | $ 0.00 | $ 3,132.50 | $ |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Firm Legal | $ 0.00 | $ | $ 26.45 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,193.71 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Department of the Treasury- Internal Revenue Service | $ 463.78 | $ 463.78 |
| 6 | Judy L. Hansen | $ 4,729.93 | $ 4,729.93 |

6.  Claims of general unsecured creditors totaling $21,102.06, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $40.59%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Kohl's Department Store | $ 920.70 | $ 373.73 |
| 2 | Dell Financial Services, Inc. | $ 200.00 | $ 81.18 |
| 3 | Department of the Treasury- Internal Revenue Service | $ 24.15 | $ 9.80 |
| 4 | LVNV Funding LLC., its successors and assigns, as | $ 2,936.52 | $ 1,192.00 |

| | | | |
|---|---|---|---|
| 5 | MBNA America Bank NA | $ 17,020.69 | $ 6,909.06 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10.  The Trustee proposed to abandon the following property at the hearing:


Dated:   April 6, 2007           For the Court,


                        By:  KENNETH S GARDNER
                             Kenneth S. Gardner
                             Clerk of the United States Bankruptcy Court
                             219 S. Dearborn Street, 7th Floor
                             Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

688   Doc 30   Filed 04/06/07   Entered 04/08/07 23:27:18   Desc Imaged
            Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1         Date Rcvd: Apr 06, 2007
Case: 05-63688                 Form ID: pdf002              Total Served: 17

The following entities were served by first class mail on Apr 08, 2007.
db          +Scott E. Hansen,    411 Illinois Street,    Lemont, IL 60439-2714
aty         +John J Grieger, Jr,    Weltman, Weinberg & Reis Co LPA,    10 S. LaSalle Street,   Suite 900,
              Chicago, IL 60603-1016
aty         +Ronald D Cummings,     Law Office of Ronald D Cummings,    121 Springfield Avenue,
              Joliet, IL 60435-6561
aty         +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,   Waukegan, IL 60085-4216
tr          +David P Leibowitz, ESQ.,    Leibowitz Law Center,    420 Clayton Street,   Waukegan, IL 60085-4216
cr          +Dell Financial Services, Inc.,    Dell Financial Services, Inc.,    c/o Weltman, Weinberg & Reis,
              323 W. Lakes Side Ave,    Cleveland, OH 44113-1009
10496986     Bank of America,    PO Box 1758,    Newark NJ  07101-1758
10706055    +Dell Financial Services, Inc.,    c/o Weltman, Weinberg & Reis,    323 W. Lakeside Ave., Ste 200,
              Cleveland, OH 44113-1009
10496985    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,     P O Box 21126,    Philadelphia, PA 19114-0326)
11040312    +Judy L. Hansen,    Gina B. Krol,    Cohen & Krol,   105 West Madison Street Suite 1100,
              Chicago, IL 60602-4600
10693936    +Kohl's Department Store,     c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas TX 75374-0933
10496988     Kohls,   PO Box 2983,    Milwaukee WI  53201-2983
10732432     LVNV Funding LLC., its successors and assigns, as,    assignee of Washington Mutual Finance, L,
              Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
10496989    +MBNA America Bank NA,    Mailstop DE5-014-02-03,    Po Box 15168,   Wilmington, DE 19850-5168
10496990     Wash Mutual providian,    PO BOx 660487,    Dallas TX  75266-0487
10496984    +Wffinaccpt,    1 international Plz,    Philadelphia PA 19113-1510

The following entities were served by electronic transmission on Apr 07, 2007.
10496987      E-mail/PDF: ebndell@weltman.com Apr 07 2007 01:46:19      Dell Preferred Account,
               Payment Processing Center,    PO Box 6403,   Carol Stream IL  60197-6403
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2007**                    **Signature:** _Joseph Speetjens_