# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 05-63688 CAD | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| **Case Name:** | HANSEN, SCOTT E. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****46-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7549012 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/04/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/07 | {1} | Judy L. Hansen | Per settlement. | 1249-000 | 20,000.00 | | 20,000.00 |
| 01/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 1.97 | | 20,001.97 |
| 01/16/07 | | To Account #********4666 | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | | 20,001.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **20,001.97** | **20,001.97** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 20,001.97 | |
| | | | **Subtotal** | | **20,001.97** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,001.97** | **$0.00** | |

Exhibit B

{} Asset reference(s)     Printed: 06/04/2008 01:01 PM    V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-63688 CAD | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | HANSEN, SCOTT E. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****46-66 - Checking Account |
| Taxpayer ID #: | 13-7549012 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/04/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/16/07 | | From Account #********4665 | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | 20,001.97 | | 20,001.97 |
| 05/15/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $2,750.20, Trustee Compensation;  Reference: | 2100-000 | | 2,750.20 | 17,251.77 |
| 05/15/07 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $83.34, Trustee Expenses;  Reference: | 2200-000 | | 83.34 | 17,168.43 |
| 05/15/07 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $3,132.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 3,132.50 | 14,035.93 |
| 05/15/07 | 104 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $26.45, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 26.45 | 14,009.48 |
| 05/15/07 | 105 | Clerk of Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 13,759.48 |
| 05/15/07 | 106 | Judy L. Hansen | Dividend paid 100.00% on $4,729.93; Claim# 6; Filed: $4,729.93; Reference: | 5100-000 | | 4,729.93 | 9,029.55 |
| 05/15/07 | 107 | Department of the Treasury-Internal Revenue Service | Dividend paid 100.00% on $463.78; Claim# 3; Filed: $463.78; Reference: Voided on 06/08/07 | 5800-003 | | 463.78 | 8,565.77 |
| 05/15/07 | 108 | Kohl's Department Store | Dividend paid 40.59% on $920.70; Claim# 1; Filed: $920.70; Reference: 0313936676 | 7100-000 | | 373.73 | 8,192.04 |
| 05/15/07 | 109 | Dell Financial Services, Inc. | Dividend paid 40.59% on $200.00; Claim# 2; Filed: $200.00; Reference: 6879450119018884811 | 7100-000 | | 81.18 | 8,110.86 |
| 05/15/07 | 110 | Department of the Treasury-Internal Revenue Service | Dividend paid 40.59% on $24.15; Claim# 3; Filed: $24.15; Reference: Voided on 06/08/07 | 7100-003 | | 9.80 | 8,101.06 |
| 05/15/07 | 111 | LVNV Funding LLC., its successors | Dividend paid 40.59% on $2,936.52; Claim# 4; | 7100-000 | | 1,192.00 | 6,909.06 |

Subtotals :   $20,001.97   $13,092.91

{} Asset reference(s)

Printed: 06/04/2008 01:01 PM    V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-63688 CAD  
**Case Name:** HANSEN, SCOTT E.  

**Taxpayer ID #:** 13-7549012  
**Period Ending:** 06/04/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****46-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | and assigns, as | Filed: $2,936.52; Reference: 4185863446395352 | | | | |
| 05/15/07 | 112 | MBNA America Bank NA | Dividend paid 40.59% on $17,020.69; Claim# 5; Filed: $17,020.69; Reference: 7698 | 7100-000 | | 6,909.06 | 0.00 |
| 06/08/07 | 107 | Department of the Treasury-Internal Revenue Service | Dividend paid 100.00% on $463.78; Claim# 3; Filed: $463.78; Reference:<br>Voided: check issued on 05/15/07 | 5800-003 | | -463.78 | 463.78 |
| 06/08/07 | 110 | Department of the Treasury-Internal Revenue Service | Dividend paid 40.59% on $24.15; Claim# 3; Filed: $24.15; Reference:<br>Voided: check issued on 05/15/07 | 7100-003 | | -9.80 | 473.58 |
| 02/11/08 | 113 | Clerk of Court | Unclaimed funds for deposit. | 8500-002 | | 473.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,001.97 | 20,001.97 | $0.00 |
| | | | Less: Bank Transfers | | 20,001.97 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 20,001.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$20,001.97** | |

Exhibit B

{} Asset reference(s)     Printed: 06/04/2008 01:01 PM   V.10.03

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-63688 CAD  
**Case Name:** HANSEN, SCOTT E.  

**Taxpayer ID #:** 13-7549012  
**Period Ending:** 06/04/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****46-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****46-65 | 20,001.97 | 0.00 | 0.00 |
| Checking # ***-*****46-66 | 0.00 | 20,001.97 | 0.00 |
| | $20,001.97 | $20,001.97 | $0.00 |

Exhibit B

{} Asset reference(s)      Printed: 06/04/2008 01:01 PM     V.10.03